**SAB CONSTRUCTION, INC.,**
**Plaintiff–Appellant,**

v.

**UNITED STATES, Defendant–Appellee.**

No. 06–5009.

United States Court of Appeals,
Federal Circuit.

Nov. 14, 2006.

Before NEWMAN, Circuit Judge,
FRIEDMAN, Senior Circuit Judge, and
DYK, Circuit Judge.

JUDGMENT

PER CURIAM

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

*AFFIRMED. See* Fed. Cir. R. 36